UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE OLVAN DOMINGUEZ-MEJIA,<br><br>         Petitioner,<br><br>    -against-<br><br>PAUL ARTETA, in his official capacity as Sheriff of Orange County Jail, et al.,<br><br>         Respondents. | Case No. 1:24-cv-00012 (JLR)<br><br>**NOTICE OF CONFERENCE** |

JENNIFER L. ROCHON, United States District Judge:

  This case has been assigned to me for all purposes. It is hereby ORDERED that counsel for all parties appear for a conference with the Court on **January 25, 2024** at **11:30 a.m.** in **Courtroom 20B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, New York. Counsel should confer in advance of the conference and submit a joint letter, no later than **two days prior to the conference,** indicating whether the conference is necessary and addressing how the Court should handle the present Petition. If counsel do not believe a conference is required, and that briefing is appropriate, counsel should propose a briefing schedule (expedited or otherwise) in the joint letter.

  All counsel are required to register promptly as filing users on ECF. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at** https://nysd.uscourts.gov/hon-jennifer-l-rochon. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

  If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

  In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**Within two days of this Order, Petitioner's counsel is directed (1) to serve Respondents with a copy of the petition and accompanying papers, along with a copy of this Order, by overnight mail, and (2) to promptly file proof of such service on the docket.** Counsel for Respondents shall promptly enter notices of appearance.

Dated: January 4, 2024
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge