

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 22, 2024

VIA ECF
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

**The conference scheduled for January 25, 2024, is adjourned without date. Respondents' Return and Opposition are due by February 8, 2024. Petitioner's Reply is due by February 20, 2024.**

**SO ORDERED.**

Dated: January 22, 2024
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Jose Olvan Dominguez-Mejia v. Paul Arteta*, No. 24 Civ. 12 (JLR)

Dear Judge Rochon:

    This Office represents the government in the above-referenced action, in which the petitioner challenges his detention by U.S. Immigration and Customs Enforcement and seeks an order directing his release. Pursuant to the Court's order of January 4, 2024 (ECF No. 3), the parties have conferred and respectfully write to inform the Court that they believe the conference that is scheduled for January 25, 2024, is unnecessary in this case and that briefing is appropriate. Therefore, the parties request that the Court endorse the following proposed briefing schedule:

- Respondents' Return and Opposition are due by February 8, 2024; and
- Petitioner's Reply is due by February 20, 2024.

    On behalf of both parties, I thank the Court for its consideration of this request.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   *s/ Courtney E. Moran*
       COURTNEY E. MORAN
       Special Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (917) 836-0126
       E-mail: courtney.moran@usdoj.gov
       *Attorney for Respondents*

cc: Counsel of record (via ECF)